```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA


STATE MUTUAL INSURANCE                         CIVIL ACTION
COMPANY

VERSUS                                         NO. 04-2986

RENITA MILLER, BRENDA STEWART,                 SECTION "J"(3)
DESTINY KEISHA MILLER, CHAZ
GREGORY MILLER, CEDAR PARK
FUNERAL HOME, D.W. RHODES
FUNERAL HOME, INC.
```

### ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to **Motion for Judgment on the Pleadings or, Alternatively, Summary Judgment (Rec. Doc. 34)** filed by Claimant and Defendant in this Interpleader action, Brenda Stewart, set for hearing on June 21, 2006, has been submitted.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED**, and Claimant and Defendant in this Interpleader action, Brenda Stewart, is hereby authorized to withdraw, on behalf on her grandchildren and

contingent beneficiaries, Destiny Keisha Miller and Gregory Miller, the State Mutual Life insurance proceeds that have been deposited into the registry of this Court.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration.  <u>See</u> Fed. R. Civ. P. 16.

New Orleans, Louisiana, this  19th  day of June, 2006.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE